1  JEFFERY B. WHITE (State Bar No. 291086)
   jwhite@millerbarondess.com
2  MILLER BARONDESS, LLP
   2121 Avenue of the Stars, Suite 2600
3  Los Angeles, California 90067
   Telephone: (310) 552-4400
4  Facsimile: (310) 552-8400

5  Attorneys for Plaintiff
   EXERTIS SUPPLY CHAIN SERVICES,
6  LIMITED

7

8              **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

| | |
|---|---|
| EXERTIS SUPPLY CHAIN SERVICES, LIMITED, a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> RN CHIDAKASHI TECHNOLOGIES INC., d/b/a MIKO, a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO. 4:24-cv-09518-DMR** <br><br> **PROOF OF SERVICE (SUMMONS AND COMPLAINT) ON DEFENDANT RN CHIDAKASHI TECHNOLOGIES INC., d/b/a MIKO** <br><br> Assigned for All Purposes to: <br> Chief Magistrate Judge Donna M. Ryu, Crtrm. 4 |

Case No. 4:24-cv-09518-DMR
PROOF OF SERVICE (S&C) ON DEFENDANT RN CHIDAKASHI TECHNOLOGIES INC., d/b/a MIKO

| Attorney or Party without Attorney:<br>JEFFERY B. WHITE (SBN 291086)<br>MILLER BARONDESS, LLP<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California, 90067<br>Telephone No: (310) 552-4400<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>1841-001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the Northern District of California ||| 
| Plaintiff: EXERTIS SUPPLY CHAIN SERVICES LIMITED, a foreign corporation,<br>Defendant: RN CHIDAKASHI TECHNOLOGIES INC., d/b/a MIKO, a Delaware corporation |||

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:24-cv-09518-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice Of Case Assignment; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:    RN CHIDAJASHI TECHNOLOGIES INC., d/b/a MIKO, a Delaware corporation c/o Incorp Services, Inc.
   b. Person served:   Cheyanna Williams, authorized to accept for Incorp Services, Inc., Agent for Service of Process

4. Address where the party was served:   131 Continental Drive Suite 301, Newark, DE 17713

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 08 2025 (2) at: 03:42 PM

6. **Person Who Served Papers:**
   a. Lisa Joyner
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $332.71

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/09/2025
(Date)

(Signature)



PROOF OF SERVICE

12471454
(17054982)